**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILLIE GUERRERO,	No.: 2:15-cv-07449-DRH-AKT

                     Plaintiff,	**NOTICE OF MOTION**

   -against-

GC SERVICES LIMITED PARTNERSHIP,
                    Defendant.
-----------------------------------------------------------X

     **PLEASE TAKE NOTICE** that the plaintiff, WILLIE GUERRERO ("Plaintiff"), will move before the Honorable A. Kathleen Tomlinson, United States Magistrate Judge for the Eastern District of New York, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, at a time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 15(a) for leave to file a First Amended Complaint in this action; and for such other, further and different relief that the Court deems just and proper. In support of this motion, Plaintiff relies upon the contemporaneously filed *Declaration of David M. Barshay* and the proposed First Amended Complaint and exhibit annexed thereto (DE 32) and the *Memorandum of Law in Support of Plaintiff's Motion for Leave to File a First Amended Complaint* (DE 33).

     **PLEASE TAKE FURTHER NOTICE** that Defendant shall serve and file its opposition papers, if any, by July 18, 2016.

     **PLEASE TAKE FURTHER NOTICE** that Plaintiff shall serve and file its reply papers, if any, by July 25, 2016.

Dated:  Garden City, New York
         July 7, 2016

        Respectfully submitted,

        BARSHAY SANDERS, PLLC

        */s David M. Barshay*
        David M. Barshay, Esquire (DB1790)
        *Attorneys for Plaintiff*
        100 Garden City Plaza, Fifth Floor
        Garden City, New York 11530
        Telephone: (516) 203-7600
        Fax: (516) 706-5055
        dbarshay@barshaysanders.com

To:
William S. Helfand, Esquire
Chamberlain, Hrdlicka, White, Williams & Aughtry
1200 Smith, Suite 1400
Houston, TX 77002
713-654-9630
Fax: 713-658-2553
Email: bill.helfand@chamberlainlaw.com

Judith A. Lockhart, Esquire
Carter, Ledyard & Milburn, LLP
Two Wall Street
New York, NY 10005
212-238-8603
Fax: 212-732-3232
Email: Lockhart@clm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth above, a true and correct copy of the foregoing and exhibits was/were served on counsel of record for Defendant, via the Court's CM/ECF system.

        *s/ David M. Barshay*
        David M. Barshay, Esq.